FILED
U.S. District Court
District of Kansas

DEC 22 2021

Clerk, U.S. District Court
By_____ Deputy Clerk

# IN THE US DISTRICT COURT OF KANSAS,
# IN KANSAS CITY, KANSAS

| | |
|---|---|
| **Jonathan Pennington** ) | |
| Lead Plaintiff, ) | |
| **Brooke Pennington** ) | |
| Plaintiff, ) | |
| vs ) | Case No. 21-2591-DDC-JPO |
| ) | |
| **Kevan Meyers & Co-Conspirators*** ) | |
| Respondent / Defendant, ) | |
| ) | |

**PETITION: COMPLAINT CITING VIOLATIONS OF USC AND PRAYER FOR RELIEF**

COMES NOW, Jonathan Todd Pennington, pro se class counsellor (per Rule 23(g)(1)), before the US District Court of Kansas in Kansas City, Kansas, and petitions this court with this complaint citing acts in violation of the Laws of the United States of America which have damaged Brooke Pennington and Jonathan Pennington, natural-born citizens on the United States of America. The laws alleged to have been violated by the Defendant(s) are as follows are:

**1). 18, U.S.C., SECTION 242** - Deprivation of Civil Liberties under Colour of Custom. Defendant(s) interfered with the intent to deprive Brooke Pennington and Jonathan Pennington of rights and civil liberties, those being:

a). The Right to Abortion (Roe v. Wade, 410 U.S. 113 (1973)

b). The Right to Access Abortion Clinic Entrances (18 U.S. Code § 248)

**2). 18 U.S.C.§ 1962** - Violation of prohibited activities under the 1970s RICO Laws, in a manner demonstrating "Open Ended Continuity".

**3). 18 U.S.C. § 248** (Pub. L. No. 103-259, 108 Stat. 694 (May 26, 1994, 18 U.S.C. § 248) - Violation of Freedom of Access to Clinic Entrances Act (FACE)).

**4). 18 U.S.C. § 2261A** - Stalking (encompassing actions including but not limited to threat of violence, and intent to harm or kill, both in person and through "interactive computer service(s)", such as www.Facebook.com).

**5). 18 U.S. Code § 249** - Hate Crimes, on the basis of and by reason of religion.

**6). 18 U.S.C. § 2331(5)** - Domestic Terrorism

Each violation occurred by actions carried out by Kevan Meyers in connection and conspiracy with a long list of "Co-Conspirators", each person being respectively enumerated in filings on the docket of this case filed in tandem with this complaint. Each charge presented through numbers "1 - 7" is supported by a respective brief arguing the facts, pertinent evidence, and discussion of the pursuant damages thereof. These 7 briefs will be filed following the start of this case.

As such, Plaintiff prays for relief as follows:

**Relief Sought:**

**1. Preliminary Injunction** - Temporarily barring Kevan Meyers and each individual Co-Conspirator from being physically present within 1,000 feet of any facility providing legal abortion services.

**2. Restraining Order**: Permanently barring Kevan Meyers and each individual Co-Conspirator from being present within 1,000 feet of any facility providing legal abortion services.

**3. Punitive Damages**: Punitive Damages in the amount of $1,000,000.00 (USD), and treble damages to provide relief regarding the following injuries:

a). Deprivation of Civil Liberties under Colour of Custom

b). Violation of RICO Laws with intent to commit prohibited acts under 18 U.S.C.

§ 248 "FACE".

c). Violation of 18 U.S.C. § 248, FACE, with intent to Deprive of Civil Liberties under colour of custom.

d). Acts of Domestic Terrorism with the intent to commit acts prohibited under 18 U.S.C. § 248 "FACE".

e). Stalking

**4. Issuance of Criminal Referral** - Referring each individual named as "Co-Conspirator", and Kevan Meyers, to the criminal prosecuting attorney in the appropriate jurisdiction of the United States District Court(s), or other court(s), for criminal prosecution(s) in connection with the crimes alleged in this civil complaint.

**5. Reasonable Attorney's Fees**: At the discretion of this court, Plaintiff prays for a compensation for all real and actual "attorney's fees", which fees comprise financial obligations taken on by the litigation of this matter pro se, in an amount no less than $1,000.00.

**Total Relief Sought:** $1,001,000.00 + Treble Damages.

Subscribed and sworn to this __22nd__ Day of __December__, __2021__,
(Day)           (Month)        (Year)

_____
**Jonathan Pennington, pro se.**
Mailing Address:
Jon.pennington566@gmail.com
c/o 3403 Freeman Ave
Kansas City, KS 66102
Phone Number: (816)-604-0571

## NOTORIAL ACKNOWLEGMENT

State of Kanas
County of Wyandotte

Signed or attested before me on 22, Dec , 2021 by Jonathan Pennington
    *(Day, Month)*    *(Year)*    *(Name of Signer)*

*(Notary stamp)*



BLAIR JOHNSON
Notary Public - State of Kansas
My Appt. Exp. 3/17/2024

Blair Johnson

My appointment expires: 3/17/2024