UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JONATHAN PENNINGTON, et al.,           )
                                       )
                     Plaintiffs,       )
                                       )
v.                                     )        Case No. 21-2591-DDC
                                       )
KEVAN MEYERS, et al.                   )
                                       )
                     Defendants.       )

## **ORDER**

Plaintiffs have filed a motion asking the court to defer payment of a filing fee "until a later time," explaining that the lead plaintiff has been hired at a new job but will not get paid until mid-January 2022 (ECF No. 3 at 5).  Plaintiffs have demonstrated the financial need to have payment of the fee deferred.   The motion is hereby granted.  Plaintiffs are directed to pay the filing fee by **January 28, 2022.**  Plaintiffs are warned that failure to pay the filing fee by that date will likely result in dismissal of this case.

A copy of this order shall be mailed to plaintiffs by certified and regular mail.

IT IS SO ORDERED.

Dated December 23, 2021, at Kansas City, Kansas.

                                             s/ James P. O'Hara
                                            James P. O'Hara
                                            U.S. Magistrate Judge

1

O:\ORDERS\21-2591-DDC-3.docx