UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JONATHAN PENNINGTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 21-2591-DDC |
| | ) | |
| KEVAN MEYERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On January 22, 2022, plaintiffs filed a motion for leave to proceed in this action without payment of fees or costs (ECF No. 33).  The court denied that motion without prejudice to refiling and directed plaintiffs to submit financial affidavits in support of any refiled motion (ECF No. 35).  Plaintiffs have now refiled their motion with the required financial affidavits (**ECF No. 39**).  Based on the information in the financial affidavits, plaintiffs' motion to proceed without payment of fees and costs is granted.

IT IS SO ORDERED.

Dated January 25, 2022, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge