IN THE DISTRICT COURT OF KANSAS,
IN KANSAS CITY, KANSAS

Jonathan Pennington, et. al.

    Plaintiff

v.

Kevan Meyers and Co-Conspirators, et al.

    Defendant

Case No. 21-2591-DDC-JPO

## MOTION FOR JUDGMENT ON THE PLEADINGS

Now come Defendants, David Daubenmire and Pass the Salt Ministries, and move to dismiss the Plaintiffs' claims for relief for failing to state a claim for which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

## LEGAL STANDARD

**Standard For Dismissal For Failure To State A Claim Upon Which Relief Can Be Granted**

Under Federal Rule of Civil Procedure 12(b)(6), a purported cause of action may be dismissed when the complaint fails to state a claim upon which relief can be granted. To survive a motion to dismiss under Rule 12(b)(6), the complaint must meet two criteria:

    1. It must assert a plausible claim; and

    2. It must set forth sufficient factual allegations to support the claim.

*Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009) (*citing Bell Atlantic Corp. v. Twombly*, 550 U.S. 554, 555 (2007), *see also Frith v. Guardian Life Ins. Co. of Am.*, 9 F. Supp. 2d 734, 737-38 (S.D. Tex. 1998) (explaining that dismissal can be based on either a lack of a cognizable legal theory or the absence of sufficient facts alleged under a cognizable legal theory).

In *Twombly*, the Supreme Court squarely rejected the Rule 12(b)(6) standard set forth under *Conley v. Gibson* 355 U.S. 41, 45-46 (1957). *Twombly*, 550 U.S. at 560-61. Pleadings are no longer satisfied by "an unadorned the-defendant-unlawfully-harmed me accusation." *Iqbal*, 129 S. Ct. at 1949 (citing *Twombly* 550 U.S. at 555). Now, neither a "formulaic recitation of the elements of a cause of action" nor "naked assertions [of fact] devoid of further factual enhancement" is sufficient to withstand dismissal. *Id.*

To satisfy the new standard under *Twombly and Iqbal*, "a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Id.* (*citing Twombly*, 550 U.S. at 57 0). A claim has facial plausibility when the plaintiff pleads enough factual content that allows the court to draw the reasonable inference that the defendant is liable under the alleged claim. *Id.* (*citing Twombly*, 550 U.S. at 556). "A court considering a motion to dismiss can choose to begin by identifying pleadings that, because they are no more than conclusions, are not entitled to the assumption of truth." *Id.* at 1950. Therefore, if allegations are merely "conclusory," they are "not entitled to be assumed true." *Id.* Even if a court decides that the factual allegations are entitled to an assumption of truth, however, the facts must also "plausibly suggest an entitlement to relief."

## ARGUMENT

The Amended Complaint must be dismissed in its entirety against Defendants David Daubenmire and Pass the Salt Ministries (for simplicity, Defendants will collectively refer to Defendants David Daubenmire and Pass the Salt Ministries only unless otherwise specified) for the simple fact that the complaint alleges **NO FACTS** at all against either of them. The Amended Complaint makes conclusory statements that "Kevan Myers in connection and

conspiracy with a long list of "Co-Conspirators," *Amended Complaint* Pg. 2 committed acts that violated six statutes. Yet the amended complaint alleges no acts committed by Defendants at all, much less acts that violate those statutes. In fact, the only mention of the Defendants in the Amended Complaint is the following incoherent sentence "the publicized (sic) information from the Defendant's various websites, published books, and conferences held by organisations (sic) founded by or lead by several of the alleged Co-Conspirators (e.g. *Abolish Human Abortion, Operation Rescue / Operation Save America, & Pass the Salt Ministries*, etc (sic)." *Amended Complaint* at 3. This does not allege any specific action that the Defendants did to violate the cited statutes. The Amended Complaint goes on **to cite actions taken by individuals not even named in the Amended Complaint** as justification for the complaint. There are simply no factual allegations that the Defendants did anything that would support liability. "They are liable because I said" is not justification to survive a 12(b)(6) motion since at least *Twombly*, and Plaintiffs have alleged no facts that support their conclusions that the Defendants violated any statute. There are allegations in the Amended Complaint against Kevan Myers and individuals not in the Complaint. This is not enough to survive this motion.

      Moreover, the Plaintiffs are suggesting that if someone commits a crime, any person that shares beliefs with that person is liable based solely on the criminal's actions and their beliefs? They are suggesting, for example, that if Catholic bombs an abortion clinic, all Catholics now violating a statute, even if their beliefs are Constitutionally protected. This is absurd, is supported by no legal theory, and is an insult to this Court that it was mentioned.

## CONCLUSION

3

Plaintiffs' claims are meritless and set forth no facts at all against the Defendants, much less facts that can support their allegations. Defendants respectfully request that the amended complaint be dismissed against them, with prejudice, sanctions against the Plaintiffs under Civil Rule 11 and all other relief that is just and proper.

In addition to the above, Defendants specifically claim that service was not proper, venue is not proper, the claims are time barred by applicable statutes of limitations and the doctrine of laches, and that the Plaintiffs lack standing to bring this action.

Respectfully Submitted,

*[signature]*

David Daubenmire
Pass the Salt Ministries, by and through David Daubenmire
PO Box 744, Hebron, OH 43025
ptsalt@gmail.com
614-834-1750

The undersigned certifies that a copy of the foregoing was served upon the following this 27 day of JAN, 2022

Jonathan Pennington, 3403 Freeman Ave. Kansas City, KS 66102
Brooke Pennington 3403 Freeman Ave. Kansas City, KS 66102

*[signature]*

David Daubenmire
Pass the Salt Ministries, by and through David Daubenmire

4